IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD N. DANIELS,
    *Petitioner,*

v.

MARK GARMAN, et al.,
    *Respondents.*

CIVIL ACTION
NO. 18-00687

### ORDER

AND NOW, this 5th day of May, 2020, upon consideration of Edward N. Daniels's Petition for a Writ of Habeas Corpus (ECF No. 1.), Respondents' Response (ECF No. 13), Petitioner's Reply (ECF No. 22.), the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 23), and Petitioner's Objections (ECF No. 30) and Motion to Expand the Record (ECF No. 32), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice;
3. The Motion to Expand the Record is **DENIED**;
4. No certificate of appealability shall issue; and
5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.